```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05404
   CIESTA E LOCKETT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3559


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was not confirmed.

     The case was dismissed without confirmation 06/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED           399.00          .00              .00
AMERICREDIT FINANCIAL SV   UNSECURED          7644.09          .00              .00
AT&T BROADBAND             UNSECURED         NOT FILED         .00              .00
BALLYS TOTAL FITNESS       UNSECURED         NOT FILED         .00              .00
CHECK N GO                 UNSECURED         NOT FILED         .00              .00
COMCAST                    UNSECURED         NOT FILED         .00              .00
DEVRY INSTITUTE            UNSECURED              .00          .00              .00
ECHO LTD                   UNSECURED         NOT FILED         .00              .00
EMERGENCY CARE HEALTH OR   UNSECURED         NOT FILED         .00              .00
GALWAY FINANCIAL SVC LLC   UNSECURED           585.00          .00              .00
FIRST PREMIER BANK         UNSECURED         NOT FILED         .00              .00
FORD MOTOR CREDIT          UNSECURED         11980.56          .00              .00
HSBC                       UNSECURED           287.14          .00              .00
IQ TELECOM INC             UNSECURED         NOT FILED         .00              .00
RICHARD OSTERGREN          UNSECURED         NOT FILED         .00              .00
SBC BANKRUPTCY DEPT        UNSECURED         NOT FILED         .00              .00
T-MOBILE USA               UNSECURED           712.99          .00              .00
UNITED CONSUMER FINANCIA   UNSECURED         NOT FILED         .00              .00
US DEPT OF EDUCATION       UNSECURED         NOT FILED         .00              .00
GREAT AMERICAN FINANCE     SECURED            2000.00          .00            40.92
GREAT AMERICAN FINANCE     UNSECURED           860.61          .00              .00
BARCLAY'S CAPITAL REAL E   CURRENT MORTG         .00           .00              .00
BARCLAY'S CAPITAL REAL E   MORTGAGE ARRE    24239.29           .00              .00
MONTEREY FINANCIAL         SECURED            200.00           .00            34.24
MONTEREY FINANCIAL         UNSECURED          683.52           .00              .00
SOLACE FINANCIAL LLC       CURRENT MORTG         .00           .00              .00
SOLACE FINANCIAL LLC       MORTGAGE ARRE    12774.12           .00              .00
MONTEREY FINANCIAL         SECURED NOT I      150.00           .00              .00
MONTEREY FINANCIAL         UNSECURED          461.98           .00              .00
AMERICREDIT FINANCIAL SV   SECURED NOT I     3075.00           .00              .00
RJM ACQUISITIONS           UNSECURED            90.78          .00              .00
FELD & KORRUB LLC          DEBTOR ATTY      3,000.00                        1,341.64
TOM VAUGHN                 TRUSTEE                                            123.20
DEBTOR REFUND              REFUND                                             945.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05404 CIESTA E LOCKETT
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|-----------:|--------------:|
| TRUSTEE              | 2,485.00   |               |
| PRIORITY             |            | .00           |
| SECURED              |            | 75.16         |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 1,341.64      |
| TRUSTEE COMPENSATION |            | 123.20        |
| DEBTOR REFUND        |            | 945.00        |
| TOTALS               | 2,485.00   | 2,485.00      |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 09/24/08
                                    /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 05404 CIESTA E LOCKETT